# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**650**

**CA 11-00301**

PRESENT: SCUDDER, P.J., FAHEY, LINDLEY, GREEN, AND GORSKI, JJ.

---

CITY OF SYRACUSE, PETITIONER-APPELLANT,

V

ORDER

WILLIAM OSUCHOWSKI, RESPONDENT-RESPONDENT.

---

JUANITA PEREZ WILLIAMS, CORPORATION COUNSEL, SYRACUSE (NANCY J. LARSON OF COUNSEL), FOR PETITIONER-APPELLANT.

ZIMMER LAW OFFICE, PLLC, SYRACUSE (KIMBERLY M. ZIMMER OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Onondaga County Court (William D. Walsh, J.), entered April 8, 2010.  The order affirmed orders of the Syracuse City Court (James H. Cecile, J.), entered May 7, 2008 and October 20, 2008, which, inter alia, granted the petitions in part.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court.

Entered:  June 10, 2011

Patricia L. Morgan
Clerk of the Court